from the analysis of this issue in our prior decision.

Wilbur RICHARDSON, Appellant,

v.

PENNSYLVANIA BOARD OF
PROBATION & PAROLE,
et al., Appellee.

Supreme Court of Pennsylvania.

Dec. 17, 2003.

## ORDER

PER CURIAM.

AND NOW, this 17th day of December, 2003, probable jurisdiction is noted and the order appealed is affirmed.

Jeffrey GUINYARD, Appellant,

v.

PENNSYLVANIA BOARD OF PROBA-
TION PAROLE; Pennsylvania Attor-
ney General, et al., Appellees.

Supreme Court of Pennsylvania.

Dec. 17, 2003.

## ORDER

PER CURIAM.

AND NOW, this 17th day of December, 2003, probable jurisdiction is noted and the order appealed is affirmed.

Willie Earl McCLELLAN, Appellant,

v.

Superintendent LOVE & Institutional
Safety Manager R. Reed, et al.,
Appellees.

Supreme Court of Pennsylvania.

Dec. 17, 2003.

## ORDER

PER CURIAM.

**AND NOW,** this 17th day of December, 2003, the above captioned appeal is quashed as the order appealed is non-final. Rule 341, Pa.R.A.P.